# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-70574 |
| Case Title | WB Partners, et al. v. CIR |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | December 9, 2014 | Time | 9:00 A.M. | Courtroom | 1 |
| Location | | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Steven Toscher, Esq. |
| Address | 9150 Wilshire Boulevard, Suite 300 |
| City | Beverly Hills |
| State | CA |
| Zip Code | 90212 |
| Phone | 310-281-3221 |
| Email Address | toscher@taxlitigator.com |
| Party/parties represented | WB Partners, et al. |
| Special needs you may require in the courtroom | |

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

☒ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format): [signature]     Date: 10-1-14

## Filing Instructions
*Electronically*: Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail*: Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight*: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190